

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-14-00558-CV

Edna A. **MARTINEZ**,
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice[1]

On November 28, 2018, Appellant Edna A. Martinez filed a motion for extension of time to file her motion for rehearing, requesting an extension until December 3, 2018. On December 3, 2018, she filed her motion for rehearing. We GRANT her motion for extension of time to December 3, 2018. We DENY her motion for rehearing.

_Karen Angelini_
Karen Angelini, Justice

---

[1] Not participating

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court